IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL MIXON                                                         PLAINTIFF

v.                                    No. 5:16-cv-107-DPM

STANT USA CORP.                                                     DEFENDANT

## ORDER

Mixon hasn't responded to Stant's motion to file its answer eight months late. The U.S. Marshals Service made good service for Mixon, who is proceeding *in forma pauperis*, in late June 2016. Stant does not contend otherwise in its proposed answer. Applying the *Pioneer* factors, and considering all material things, Stant's motion, № 8, is granted because the company's neglect is excusable. *Chorosevic v. Metlife Choices*, 600 F.3d 934, 946–47 (8th Cir. 2010). Stant's effort to fight the merits is much belated. But the record shows a series of unfortunate confusions and omissions about the lawsuit. Most importantly, Mixon's lack of opposition indicates that he will not be prejudiced by the tardy answer. No motion for a Clerk's default or a default judgment has been filed. The Court therefore reads Mixon's silence as a willingness to win or lose his case on the merits. Answer due by 21 April 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2017