# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| Samuel Mixon | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 5:16-cv-107-DPM |
| Stant USA Corp., | ) |
|     Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, as evidenced by their signatures below, this case is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
D.P. Marshall, Jr.
United States District Judge

27 June 2017
Date

APPROVED FOR ENTRY

/s/ Cary Schwimmer
CARY SCHWIMMER
Tennessee Bar No. 014026
Law Offices of Cary Schwimmer
1661 International Place Drive, Suite 400
Memphis, TN 38120
Voice: 901-753-5537
Fax: 901-737-6555
Email: cschwimmer@schwimmerfirm.com


/s/ Spencer F. Robinson
SPENCER F. ROBINSON, Ark. Bar No. 77111
Ramsay, Bridgforth, Robinson & Raley LLP
P.O. Box 8509
Pine Bluff, AR 71611
Voice: (870) 535-9000
Fax: (870) 535-8544
Email: spencerrobinson@ramsaylaw.com

**ATTORNEYS FOR DEFENDANT**

Samuel Mixon
14 McCool Circle
Pine Bluff, AR 71602
Voice: (870) 575-2536

**PLAINTIFF *PRO SE***