IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL MIXON                                                               PLAINTIFF

v.                         No. 5:16-cv-107-DPM

STANT USA CORP.                                                          DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2017